UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

CAMELLIA D. BROWN                                              PLAINTIFF

VS.                                      CIVIL ACTION NO. 4:08CV135TSL-LRA

MICHAEL J. ASTRUE, COMMISSIONER                                DEFENDANT
OF SOCIAL SECURITY

ORDER

This cause is before the court on the report and

recommendation of United States Magistrate Judge Linda R.

Anderson, entered on October 8, 2010, remanding the case to the

administrative law judge for further consideration, and the court

having fully reviewed the report and recommendation and being

duly advised in the premise, finds that the report and

recommendation should be adopted by the court.

Accordingly, it is ordered that plaintiff's motion for

summary judgment is granted in part and denied in part.  It is

further ordered that defendant's motion for an order affirming

the commissioner is granted in part and denied in part.  It is

further ordered that the Commissioner's decision that claimant's

impairments did not meet or medically equal any listing is

reversed and that the matter is remanded pursuant to sentence 4

of 42 U.S.C. § 405(g).  On remand, the Administrative Law Judge

is directed to hold a new evidentiary hearing and reconsider the

medical opinion on the equivalency as to Listing 12.05, in

accordance with SSR 96-6P.

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 1st day of November, 2010.


/s/ Tom S. Lee_____
UNITED STATES DISTRICT JUDGE